```
McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

FILED

SEP 0 4 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   S. MARTIN

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>RICARDO PENA ESPINOSA,<br><br>                Defendant. | CR.NO. 1:08 CR 00293 OWW<br><br>EX PARTE MOTION TO SEAL INDICTMENT PURSUANT TO RULE 6(e), FEDERAL FEDERAL RULES OF CRIMINAL PROCEDURE |

    The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on September 4, 2008, charging the above defendant with a violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846 - Conspiracy to Distribute and to Possess With the Intent to Distribute Cocaine, be kept secret until the defendant named in the Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued

1 pursuant thereto, except when necessary for the issuance and
2 execution of the warrants.

3 DATED: September 3, 2008					Respectfully submitted,

4											McGREGOR W. SCOTT
											United States Attorney
5
											By /s/ Karen Escobar
6											KAREN A. ESCOBAR
											Assistant U.S. Attorney
7

8 IT IS SO ORDERED this 4 day of September, 2008

9

10 _____
   U.S. Magistrate Judge