1 | McGREGOR W. SCOTT
United States Attorney
2 | KAREN A. ESCOBAR
Assistant U.S. Attorney
3 | 2500 Tulare Street
Fresno, California 93721
4 | Telephone: (559) 497-4000

**FILED**
NOV 26 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:08-cr-00293 OWW |
| Plaintiff, | ORDER |
| v. | |
| RICARDO ESPINOSA, | |
| Defendant. | |

Having considered the government's application to unseal the arrest warrant and indictment in the above-captioned proceeding,

IT IS HEREBY ORDERED that the arrest warrant and indictment shall be UNSEALED.

Dated: November 25, 2008

SANDRA M. SNYDER
U.S. Magistrate Judge

1