BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
YASIN MOHAMMAD
Assistant U.S. Attorneys
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-cr-0293 AWI |
| | ) | |
| Plaintiff, | ) | ORDER Re: GOVERNMENT'S MOTION |
| | ) | TO DISMISS INDICTMENT AND RECALL |
| v. | ) | ARREST WARRANT |
| | ) | |
| RICARDO PENA ESPINOSA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Having reviewed and considered the government's motion to dismiss the indictment and recall the arrest warrant that issued in the above-captioned matter,

IT IS HEREBY ORDERED that said motion is GRANTED.

IT IS SO ORDERED.

Dated:  November 7, 2013                           _____
                                                                     SENIOR DISTRICT JUDGE

1